**FILED** 3/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hobbs, Sr. ) | **Case Number**: 1:25-cv-00462 |
| Plaintiff ) | |
| ) | **Judge:** Honorable Sunil R. Harjani |
| v. ) | |
| Edenbrook Lakeside ) | **Magistrate Judge:** Honorable Jeannie W. Appenteng |
| Defendant ) | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Steven E. Hobbs Sr.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Edenbrook Lakeside

Lake Terrace Nursing and Rehabilitation LLC

Lake Terrace Health and Rehabilitation LLC

Case No: 1:25-cv-00462
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

__X__    **OTHER** (cite statute, if known) Wis. Stat. § 895.03, 42 U.S.C. § 1395i-3

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

    A.    Name: Steven E. Hobbs Sr.

    B.    List all aliases: n/a

    C.    Prisoner identification number: n/a

    D.    Place of present confinement: n/a

    E.    Address: 5126 S. Michigan Ave. Unit 3S Chicago IL, 60615

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Edenbrook Lakeside

            Title: A privately owned nursing home

            Place of Employment: 2115 E. Woodstock PL. Milwaukee WI 53202

    B.    Defendant: Lake Terrace Health and Rehabilitation LLC

            Title: A privately owned company

            Place of Employment: 2115 E. Woodstock Pl. Milwaukee WI 53202

    C.    Defendant: Lake Terrace Nursing and Rehabilitation LLC

            Title: A privately owned nursing home

            Place of Employment: 2115 E. Woodstock Pl. Milwaukee WI 53202

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Hobbs, Sr. vs. Edenbrook 1:25-cv-00426

B. Approximate date of filing lawsuit: January 15th 2025

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Steven E. Hobbs Sr.

D. List all defendants: Edenbrook Lakeside
Lake Terrace Health and Rehabilitation LLC
Lake Terrace Nursing and Rehabilitation LLC

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: The Honorable Sunil R..Harjani

G. Basic claim made: Wrongful Death, Negligence, Premises Liability, Elder Abuse and Neglect, Pain and Suffering, Punitive Damages

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: to be determined

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On June 7, 2023, Robert Hobbs, Plaintiff's father, was admitted to Edenbrook Lakeside in Milwaukee, WI, for rehabilitative care following a massive stroke. He was 81 years old, 40% mentally impaired, unable to move independently, speak, eat, or drink, and required a catheter and nasal feeding tube. From his first day, Robert experienced significant pain due to his condition and inadequate care, which Edenbrook staff failed to address.

2) Edenbrook's records, including a Morse Fall Scale evaluation upon admission, identified Robert as a severe fall risk (scoring 50), yet Defendants failed to implement adequate safeguards. A prior fall in May 2023 was noted in his medical history.

3) On July 19, 2023, at 11:15 p.m., Robert suffered his first documented fall at Edenbrook. L.P.N. Shonna Twilley found him lying on the floor next to his bed on his left side. His pain intensified after this fall due to untreated injuries. A Morse Fall Scale evaluation at 11:15 p.m. falsely stated he had no falls in the past three months, despite the immediate incident and prior history.

4) On July 20, 2023, Robert's Care Plan was updated by R.N. Samantha M. Antoniewicz, noting the fall as "unwitnessed fall without injury," which was false. Staff promised a larger bed to prevent further falls, but no action was taken despite assurances to Plaintiff and his relatives (including nurses) who complained to management.

5) On July 27, 2023, an x-ray of Robert's right hip showed no fracture, but this was later contradicted.

6) On July 29, 2023, at 3:05 a.m., Robert suffered a second documented fall. R.N. Tiquita Terry and a C.N.A. found him lying on his left side between the wall and his bed. A Morse Fall Scale evaluation at 4:02 a.m. falsely indicated no falls in the past three months and lowered his risk score to 30, despite the recent falls.

7) On July 31, 2023, the Care Plan was updated by Nurse Antoniewicz, again noting "unwitnessed falls without injury," falsely claiming no injuries despite Robert's hip fractures.

8) On August 3, 2023, Robert was discharged to Columbia St. Mary's Hospital after the second fall. Hospital staff diagnosed a right femoral neck fracture via x-ray and CT scan, confirming the injury occurred from the July 29 fall. Progress notes from Edenbrook showed persistent pain warnings treated only with medication, indicating 70 days of suffering from June 7 to August 16, 2023, with severe pain post-falls.

9) Columbia St. Mary's noted Robert's decreased responsiveness, raising concerns of a possible concussion, which Edenbrook failed to address. They scored him 60–75 on the Morse Fall Scale and implemented proper fall prevention measures, unlike Edenbrook.

4　　Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10) On August 16, 2023, Robert passed away at Columbia St. Mary's after being discharged to hospice care on August 15. His death certificate lists complications from hip fractures caused by the unwitnessed falls at Edenbrook as the cause of death, with a blood clot from the fractures reaching his heart.

11) On September 19, 2023, the Wisconsin Division of Quality Assurance (DQA) completed a survey of Edenbrook at Plaintiff's request, identifying over 13 violations. For Robert (R451), the DQA found Edenbrook failed to ensure proper care, including inadequate post-fall monitoring, no staff statements on last known assistance, and no immediate Registered Nurse assessment after falls.

12) Defendants' negligence, falsified records, and failure to address Robert's high fall risk directly caused his injuries, pain, and death, resulting in damages to Plaintiff.

**Jurisdiction:**
This Court has jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction) because Plaintiff is a resident of Illinois, Defendants are located in Wisconsin, and the amount in controversy exceeds $75,000, specifically $10,000,000 as demanded herein after further research and discovery of additional evidence. Alternatively, this Court has jurisdiction under 28 U.S.C. § 1331 (federal question) because Defendants violated federal nursing home regulations under 42 U.S.C. § 1395i-3.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff seeks the following relief from the Court in the total amount of $10,000,000:

**Economic Damages**: $50,000 for medical expenses, funeral and burial costs, and other financial losses incurred due to Robert's injuries and death.

**Non-Economic Damages**: $3,950,000 for the pain and suffering endured by Robert from June 7, 2023, to August 16, 2023 (70 days, with severe pain post-falls), and for the emotional distress and loss of companionship suffered by Plaintiff.

**Punitive Damages**: $6,000,000 to punish and deter Defendants for their reckless disregard of Robert's safety and well-being, as evidenced by falsified records, failure to address his pain and fall risk, and 13 DQA violations.

VI. The plaintiff demands that the case be tried by a jury.   [X] YES   [ ] NO

Any other relief the Court deems just and proper.

XX

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___14th___ day of ___March___, 20_25_

By: _[signature]_

(Signature of plaintiff or plaintiffs)

Steven E. Hobbs Sr.

(Print name)

H120-7856-9350

(I.D. Number)

5126 S. Michigan Ave unit 3s Chicago IL 60615

Phone: 773-851-9032

(Address)