

# UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 09/12/2025

USDC Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: Hobbs, Sr v. Edenbrook Lakeside et al

USDC Case Number: **1:25-cv-00462**

Dear Clerk:

Pursuant to the order entered by Honorable **Sunil R. Harjani**, on 08/25/2025, the above record was

      X    electronically transmitted to USDC Eastern District of Wisconsin

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ Jose Mejia
            Deputy Clerk

New Case No. _____  Date _____

cc:    Non-ECF Attorneys and Pro se Parties